DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CHRISTINA VERGNE,**
Appellant,

v.

**JASON GLIDEWELL,**
Appellee.

No. 4D18-2513

[April 11, 2019]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Cymonie S. Rowe, Judge; L.T. Case No. 502018CA003080XXXXMB.

Samuel A. Walker and Tee Persad of CPLS, P.A., Orlando, for appellant.

Jennifer E. Reisler of Beaulieu-Fawcett Law Group, P.A., Delray Beach, for appellee.

PER CURIAM.

*Affirmed.*

MAY, KLINGENSMITH and KUNTZ, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***